UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT MCCAULEY,

    Plaintiff,      Case No. 1:09cv160

v.      Hon. Robert J. Jonker

CORRECTIONAL MEDICAL
SERVICES, INC., et al.,

    Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 21, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 21, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant Shaw's motion to dismiss (docket #25) is **GRANTED**.

    /s/ Robert J. Jonker
    ROBERT J. JONKER
    UNITED STATES DISTRICT JUDGE

DATED: February 11, 2010.