UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT MCCAULEY #177812,

    Plaintiff,        Case No. 1:09cv160

v.               Hon. Robert J. Jonker

CORRECTIONAL MEDICAL
SERVICES, INC., et al.,

    Defendants.
             /

## ORDER
## APPROVING REPORT AND RECOMMENDATION

  The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 26, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

  **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 26, 2010, is approved and adopted as the opinion of the court.

  **IT IS ORDERED** that defendants' motion to dismiss (docket #60) is **GRANTED** as to Dr. Coleman, Dr. Girlach, P.A. Sperling and CMS.

  **IT IS ORDERED** that defendants' motion for summary judgment (docket #61) is **GRANTED** as to Angela Martin, Carol M. Griffes, Judy Crisenberry, Julie Van Setters, Blaine Lafler, Lori Gridley, Stephen Moore, Donna Schafter, and Eileen McKenna.

  **IT IS FURTHER ORDERED** that plaintiff's motion to amend the amended complaint (docket #87) is **DENIED**. This matter is closed.

              /s/ Robert J. Jonker
              ROBERT J. JONKER
              UNITED STATES DISTRICT JUDGE

Dated: August 27, 2010